## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Philip A. Brimmer

Civil Case No. 09-cv-01995-PAB-MJW

DAVID LYMEN COLLINS and
MARIAH KENDRA COLLINS, individually and as Representatives of the estate of
Cole Lymen Collins, deceased,

    Plaintiffs,

v.

FORD MOTOR COMPANY, a Delaware corporation,
TRW VEHICLE SAFETY SYSTEMS, INC. and
JOHN PAUL MCQUAIDE,

    Defendants.

___

## ORDER OF DISMISSAL WITH PREJUDICE
___

THIS MATTER comes before the Court upon the Stipulation of Dismissal With Prejudice [Docket No. 12]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED September 18, 2009.

                                                  BY THE COURT:

                                                  s/Philip A. Brimmer
                                                  PHILIP A. BRIMMER
                                                  United States District Judge